IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00759-REB-MJW

LYNN A. BEINFIELD,

Plaintiff,

v.

STANDARD INSURANCE COMPANY, an Oregon corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 22) is GRANTED finding good cause shown.  The written Protective Order (docket no. 22-1) is APPROVED as amended in paragraphs 11, 11 a., and 13 (e) and made an Order of Court.

Date: May 21, 2013